ACCEPTED
03-15-00144-CR
6006483
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/9/2015 4:42:36 PM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00144-CR

| | | |
|---|---|---|
| **CHRISTOPHER ARTHUR KURTZ** | § | **IN THE THIRD** |
| **vs.** | § | **DISTRICT COURT OF** |
| **THE STATE OF TEXAS** | § | **APPEALS OF TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/9/2015 4:42:36 PM
JEFFREY D. KYLE
Clerk

### STATE'S FIRST MOTION TO EXTEND TIME TO FILE BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes the State of Texas, Appellee in the above-styled and -numbered cause, and moves for an extension of time of 30 days to file Appellee's brief, and for good cause would show the following:

### I.

Appellant was indicted for Aggravated Kidnapping, Evading Arrest with a Vehicle and two counts of Tampering with Physical Evidence on July 2, 2014. All four counts were enhanced to habitual status. The jury convicted Appellant of Aggravated Kidnapping, Evading Arrest with a Vehicle and one of the Tampering counts. The jury assessed punishment at 70 years confinement for the Aggravated Kidnapping, 75 years for Evading Arrest, and 30 years for Tampering, to be served concurrently.

Appellant's brief was originally due with the Court on or about April 23, 2015. After this Court granted Appellant's motion for extension, Appellant filed a brief on June 5, 2015 related to the Aggravated Kidnapping count. Counsel for

1

Appellant subsequently filed an *Anders* brief related to the Evading Arrest and Tampering convictions on June 9, 2015. The State's brief is currently due on July 8, 2015. Appellant's pro se brief is due on July 24, 2015.

## II.

Clayten Hearrell – the attorney for the State at trial – is handling this case on appeal. Mr. Hearrell was assigned the instant appeal within the past few weeks. From June 1st to June 8th, Mr. Hearrell had a trial involving Murder, Possession of a Prohibited Weapon, Delivery of a Controlled Substance in PG 1 Between 1 and 4 Grams, and Delivery of a Controlled Substance in PG 1 < 1 Gram in CR2013-417. Mr. Hearrell attended a law conference from June 29th to July 3rd, and he completed a brief in 03-14-00570-CR which was filed on July 3, 2015. Although Mr. Hearrell has read Appellant's initial brief and has obtained copies of the clerk's and reporter's records, he has not yet been able to complete the State's brief in the instant cause. In light of the foregoing, the State respectfully requests an extension of 30 days to file its brief. This is the first extension sought by Appellee.

## III.

**WHEREFORE, PREMISES CONSIDERED,** the State's counsel respectfully prays for an extension of 30 days, until August 8, 2015, so that an

adequate response may be made to Appellant's brief. This extension is not requested for purposes of delay but so that justice may be done.

Respectfully submitted,

/s/ Joshua D. Presley
**Joshua D. Presley**
Assistant District Attorney
SBN: 24088254
preslj@co.comal.tx.us
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130
Phone: (830) 221-1300
Fax: (830) 608-2008

## CERTIFICATE OF SERVICE

I, Joshua D. Presley, Assistant District Attorney for the State of Texas, Appellee, hereby certify that a true and correct copy of this *State's First Motion to Extend Time to File Brief* has been delivered to Appellant CHRISTOPHER ARUTHER KURTZ's attorney in this matter:

John G. Jasuta
lawyer1@johnjasuta.com
1801 East 51st St.
Austin, TX 78723
*Attorney for Appellant on Appeal*

By electronically sending it to the above-listed email address through efile.txcourts.gov, this 9th day of July, 2015.

/s/ Joshua D. Presley
**Joshua D. Presley**